UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| WILLIAM MARK CLARKE, SAMUEL COVELLI, and KEVIN RANFT, <br><br> Plaintiffs, <br><br> vs. <br><br> JACKIE CRAWFORD, et al., <br><br> Defendants. | 2:05-CV-204-PMP-GWF <br><br> **ORDER** |

Before the Court for consideration is Defendants' Second Motion in Limine (Doc. #104), filed on April 26, 2010.

On May 5, 2010, the Court conducted a hearing/pretrial conference at which a portion of Defendants' motion in limine was adjudicated and the remainder submitted. Having now considered fully the arguments presented on the papers and by counsel at the hearing conducted May 5, 2010, the Court finds Defendants' second motion in limine (Doc. #104) is **GRANTED** to the extent that Defendants' Jackie Crawford, Charles McBurney, and Glen Whorton are hereby **DISMISSED** as party Defendants to this action. **IT IS SO ORDERED**.

///

///

///

**IT IS FURTHER ORDERED that** this case shall proceed to trial as set on July 20, 2010, on Plaintiff Samuel Covelli's claims against Defendant James Schomig, Plaintiff William Clarke's claims against Defendant Patrick Conmay, and Plaintiff Kevin Ranft's claims arising after November 3, 2003 against Defendants.

DATED:  May 14, 2010.

_____
PHILIP M. PRO
United States District Judge