# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM MARK CLARKE, SAMUEL COVELLI, and KEVIN RANFT )<br><br>Plaintiffs, )<br><br>vs. )<br><br>JACKIE CRAWFORD, et al., )<br><br>Defendants. ) | 2:05-CV-00204-PMP-GWF<br><br><br>**ORDER** |

The Court having read and considered Plaintiffs' Motion for Reconsideration (Doc. #109), filed on May 24, 2010, Defendants' Response thereto (Doc. #110) filed May 26, 2010, and Plaintiffs' Reply (Doc. #113) filed May 28, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiffs' Motion for Reconsideration (Doc. #109) is **DENIED**.

DATED:  July 9, 2010.

_____
PHILIP M. PRO
United States District Judge