**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WILLIAM MARK CLARKE, SAMUEL COVELLI, and KEVIN RANFT<br><br>Plaintiffs,<br><br>vs.<br><br>JACKIE CRAWFORD, et al.,<br><br>Defendants. | 2:05-CV-00204-PMP-GWF<br><br><br><br><u>**ORDER**</u> |

Having read and considered Defendants' Third Motion in Limine (Doc. #107), filed on May 14, 2010, Plaintiffs' Opposition thereto (Doc. #111) filed May 26, 2010, and Defendants' Reply (Doc. #112) filed May 28, 2010, and finding that evidence pertaining to prior judgments against Defendant James Schomig such as those reflected in Plaintiffs' Proposed Exhibit 40 are not admissible under the Federal Rules of Evidence 404, 405, or 406, and finding further to the extent such evidence has relevance, its probative value is outweighed by its prejudicial impact and potential for confession of the jury, and good cause appearing,

**IT IS ORDERED that** Defendants' Third Motion in Limine (Doc. #107) is **GRANTED.**

DATED: July 9, 2010.

_____
PHILIP M. PRO
United States District Judge