UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| SAMUEL COVELLI, | ) | 2:05-CV-00204-PMP-LRL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| JAMES M. SCHOMIG, individually and as Associate Warden of Nevada's High Desert State Prison, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court having entered its Findings of Fact and Conclusions of Law denying Plaintiff Covelli's thirteenth claim for Injunctive Relief against Defendant James Schomig, and good cause appearing,

**IT IS ORDERED that** judgment is hereby entered in favor of Defendant James M. Schomig and against Plaintiff Samuel Covelli on Plaintiff Covelli's thirteenth claim for Injunctive Relief.

DATED: August 2, 2010.

_____
PHILIP M. PRO
United States District Judge