UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAMUEL COVELLI,<br><br>           Plaintiff,<br><br>   v.<br><br>JAMES M. SCHOMIG, individually<br>and as Associate Warden of Nevada's<br>High Desert State Prison,<br><br>           Defendant. | 2:05-CV-00204-PMP-LRL<br><br><br><u>**ORDER**</u> |

The Court having read and considered Plaintiff's Motion to Alter or Amend Judgment or in the Alternative Relief from Judgment (Doc. #143), filed on August 12, 2010, and Defendants' Opposition thereto (Doc. #145) filed August 18, 2020, and finding therefrom no grounds are presented to warrant relief under Federal Rules of Civil Procedure 59, 60, and good cause appearing,

**IT IS ORDERED that** Plaintiff's Motion to Alter or Amend Judgment or in the Alternative Relief from Judgment (Doc. #143) is **DENIED**.

DATED: September 7, 2010.

                                              PHILIP M. PRO<br>
                                              United States District Judge