UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAMUEL COVELLI,<br><br>       Plaintiff,<br><br>       v.<br><br>JAMES M. SCHOMIG, individually<br>and as Associate Warden of Nevada's<br>High Desert State Prison,<br><br>       Defendant. | 2:05-CV-00204-PMP-LRL<br><br>**ORDER** |

Before the Court for consideration is Defendants' Motion for Attorney's Fees (Doc. #144), filed on August 16, 2010.  There being no timely response thereto, and good cause appearing,

**IT IS ORDERED that** Defendants' Motion for Attorney's Fees (Doc. #144) is **GRANTED** in the sum of $**11,437.00**, payable within 30 days from the date of this Order.

DATED: September 13, 2010.

_____
PHILIP M. PRO
United States District Judge