IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| WILLIAM MARK CLARKE, | ) | 2:05-cv-00204-PMP-(GWF) |
| Plaintiff, | ) | |
| v. | ) | |
| PATRICK CONMAY, | ) | **ORDER** |
| Defendant. | ) | |

The Court, having dismissed Defendant Patrick Conmay from this action through his motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(a) on July 22, 2010, and good cause appearing:

**IT IS ORDERED** that judgment is hereby entered in favor of Defendant Conmay as to all claims brought forth in this matter.

**DATED**: September 20, 2010.

_____
PHILIP M. PRO
United States District Judge